

# IN THE
# TENTH COURT OF APPEALS

### No. 10-24-00077-CR

**THE STATE OF TEXAS,**

**Appellant**

**v.**

**ZACHARY DUNCAN JAMES,**

**Appellee**

**From the County Court at Law No. 2
Brazos County, Texas
Trial Court No. 23-04744-CRM-CCL2**

## MEMORANDUM OPINION

The State of Texas appealed the trial court's order granting Zachary Duncan James's motion to suppress.

The State has filed a motion to dismiss the appeal, signed by the State's attorney, indicating it no longer desires to prosecute the appeal. Rule 42.2(a) of the Texas Rules of Appellate Procedure provides that an appellate court may dismiss an appeal upon

appellant's motion.  *See* TEX. R. APP. P. 42.2(a).  Accordingly, we grant the State's motion

to dismiss the appeal, and the appeal is dismissed.


                                        STEVE SMITH
                                        Justice


Before Chief Justice Gray,
        Justice Johnson, and
        Justice Smith
Motion to dismiss granted
Opinion delivered and filed March 28, 2024
Do not publish
[CR25]

